**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SHEREE GASTON,** | |
| Plaintiff, | |
| v. | Civil Action No. 14-cv-1249 (TSC/DAR) |
| **DISTRICT OF COLUMBIA,** | |
| Defendant. | |

## ORDER

Upon careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation (ECF. No. 15), and having received no objections or responses to the Magistrate Judge's Report and Recommendation from either of the parties to this case, the court hereby **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** the Recommendation of the Magistrate Judge. It is, therefore,

**ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 7) is **GRANTED**, except to the extent that the costs of photocopying and faxing are reduced to conform to the applicable standards.

This action is hereby dismissed with prejudice.

Date: September 10, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge